# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
CAESAR, DAVID G.    §    Case No. 14-29510
§
           Debtor(s)    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/12/2014 . The undersigned trustee was appointed on 08/12/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 7,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 50.76 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,949.24 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  02/26/2015  and the deadline for filing governmental claims was  02/26/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,450.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,450.00 , for a total compensation of $ 1,450.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 66.11 , for total expenses of $ 66.11 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  09/10/2015                                  By: /s/Peter N. Metrou, Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-29510  BWB  Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CAESAR, DAVID G. | Date Filed (f) or Converted (c): | 08/12/14 (f) |
| | | 341(a) Meeting Date: | 09/10/14 |
| For Period Ending: | 09/10/15 | Claims Bar Date: | 02/26/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand Location: 213 Foxtail Lane, Yorkville | 20.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account #xxxxx4078 USAA 10750 McDermott F | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account #xxxxx-x997-9 USAA 10750 McDermott | 13.00 | 0.00 | | 0.00 | FA |
| 4. ASUS Laptop Computer, HP Printer, Bed Nightstands, | 300.00 | 0.00 | | 0.00 | FA |
| 5. Music CDs Location: 213 Foxtail Lane, Yorkville IL | 50.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel Location: 213 Foxtail La | 400.00 | 0.00 | | 0.00 | FA |
| 7. Wristwatch Location: 213 Foxtail Lane, Yorkville I | 400.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous hand tools Location: 213 Foxtail Lan | 100.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Ford F-150 Pickup Truck  84,000 miles Locatio | 7,975.00 | Unknown | | 3,500.00 | FA |
| 10. 2004 Harley-Davidson FXST Softail  5,500 miles Loc | 5,925.00 | Unknown | | 3,500.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $16,683.00 | $0.00 | | $7,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Titles to vehicles demanded- investigation into assets continues

Initial Projected Date of Final Report (TFR): 12/01/15     Current Projected Date of Final Report (TFR): 12/01/15

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                       Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-29510 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CAESAR, DAVID G. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5264 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6530 | | |
| For Period Ending: | 09/10/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/15 | 9 | David G. Caesar<br>213 Foxtrail Ln<br>Yorkville, IL 60560-9182 | 2006 Ford | 1129-000 | 3,500.00 | | 3,500.00 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,490.00 |
| 04/08/15 | 10 | David G. Caesar<br>213 Foxtail LN<br>Yorkville, IL 60560-9182 | 2004 Harley | 1129-000 | 3,500.00 | | 6,990.00 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,980.00 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.38 | 6,969.62 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.03 | 6,959.59 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.35 | 6,949.24 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 7,000.00 | 50.76 | 6,949.24 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,000.00 | 50.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,000.00 | 50.76 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5264) | 7,000.00 | 50.76 | 6,949.24 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,000.00 | 50.76 | 6,949.24 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 7,000.00   50.76

ANALYSIS OF CLAIMS REGISTER
EX C

CASE NO:             14-29510-BWB
CASE NAME:           CAESAR, DAVID G.
CLAIMS BAR DATE:     02/26/15
CLAIMS REVIEWED BY:  Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
|  | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL  60543 | Administrative |  | 0.00 | 1,450.00 | 1,450.00 |
|  | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL  60543 | Administrative |  | 0.00 | 66.11 | 66.11 |
|  |  | Subtotal for Class Administrative |  | 0.00 | 1,516.11 | 1,516.11 |
| 000002A 040 5800-00 Claims of Governmental Units - 507( | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority |  | 0.00 | 762.02 | 762.02 |
|  |  | Subtotal for Class Priority |  | 0.00 | 762.02 | 762.02 |
| 000001 070 7100-00 General Unsecured 726(a)(2) | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured |  | 7,348.00 | 7,511.95 | 7,511.95 |
| 000002B 080 7300-00 Fines, Penalties 726(a)(4) | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053<br>Chicago, IL 64338 | Unsecured |  | 0.00 | 237.40 | 237.40 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 General Unsecured 726(a)(2) | Ronald K. Levy 500 Langer Dr. Placentia, CA 92870 | Unsecured | per 8-14-15 o/c reduced to GUC from secured | 59,877.77 | 59,877.77 | 59,877.77 |
| 000004A 080 7200-00 Tardy General Unsecured 726(a)(3) | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | Unsecured | Filed 3-4-15 after Claims Bar date of 2-26-15 | 0.00 | 18,559.33 | 18,559.33 |
| 000004B 080 7200-00 Tardy General Unsecured 726(a)(3) | INTERNAL REVENUE SERVICE | Unsecured | Filed 3-4-15 after claims bar date of 2-26-15 | 0.00 | 2,139.91 | 2,139.91 |
| | | | Subtotal for Class Unsecured | 67,225.77 | 88,326.36 | 88,326.36 |
| | | | Case Totals: | 67,225.77 | 90,604.49 | 90,604.49 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-29510  
Case Name: CAESAR, DAVID G.  
Trustee Name: Peter N. Metrou, Trustee  

| | | |
|---|---|---|
| Balance on hand | $ | 6,949.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 66.11 | $ 0.00 | $ 66.11 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,516.11 |
| Remaining Balance | $ 5,433.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 762.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue | $ 762.02 | $ 0.00 | $ 762.02 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

| | |
|---|---|
| Total to be paid to priority creditors | $ 762.02 |
| Remaining Balance | $ 4,671.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,389.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,511.95 | $ 0.00 | $ 520.69 |
| 000003 | Ronald K. Levy | $ 59,877.77 | $ 0.00 | $ 4,150.42 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 4,671.11 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 20,699.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ 18,559.33 | $ 0.00 | $ 0.00 |
| 000004B | INTERNAL REVENUE SERVICE | $ 2,139.91 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 237.40  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | ILLINOIS DEPARTMENT OF REVENUE | $ 237.40 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |