UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
CAESAR, DAVID G.                      §     Case No. 14-29510
                                      §
         Debtor                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF THE COURT
     219 South Dearborn
     Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 10/30/2015 in Courtroom ,
     Joliet City Hall
     150 West Jefferson, 2nd Floor
     Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>10/03/2015</u>   By: <u>CLERK OF THE COURT</u>


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CAESAR, DAVID G. § Case No. 14-29510
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 50.76 |
| leaving a balance on hand of[1] | $ | 6,949.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 66.11 | $ 0.00 | $ 66.11 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,516.11 |
| Remaining Balance | $ 5,433.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 19,321.35  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue | $ 762.02 | $ 0.00 | $ 762.02 |
| 000004A | Internal Revenue Service | $ 18,559.33 | $ 0.00 | $ 4,671.11 |
| | Total to be paid to priority creditors | | | $ 5,433.13 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,389.72  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,511.95 | $ 0.00 | $ 0.00 |
| 000003 | Ronald K. Levy | $ 59,877.77 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,139.91  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | INTERNAL REVENUE SERVICE | $ 2,139.91 | $ 0.00 | $ 0.00 |

| | Total to be paid to tardy general unsecured creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 237.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | ILLINOIS DEPARTMENT OF REVENUE | $ 237.40 | $ 0.00 | $ 0.00 |

| | Total to be paid to subordinated unsecured creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Prepared By:  /s/PETER N METROU

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
David G. Caesar  
    Debtor

Case No. 14-29510-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 1     Date Rcvd: Oct 30, 2015  
                      Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2015.
```
db          +David G. Caesar,    213 Foxtail Lane,    Yorkville, IL 60560-9182
22270588    +Citibank,    5677 E. La Palma Ave.,    Anaheim, CA 92807-2124
22270595    +Joi D. Caesar n/k/a Joi Cantu,    27561 Eastwind Drive,    Corona, CA 92883-8992
22270596    +Robert J. Feldhake,    The Feldhake Law Firm, APC,    650 Town Center Drive suite 1590,
              Costa Mesa, CA 92626-7025
22270597    +Ronald K. Levy,    c/o The Feldhake Law Firm APC,    650 Town Center Drive, Suite 1590,
              Costa Mesa, CA 92626-7025
22270598    +Ronald K. Levy,    500 Langer Dr.,    Placentia, CA 92870-5128
22270599    +USAA Savings Bank,    PO Box 47504,    San Antonio, TX 78265-7504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22270589     E-mail/PDF: mrdiscen@discover.com Oct 31 2015 02:29:41     Discover Financial Services LLC,
              PO Box 15316,    Wilmington, DE 19850
22684500     E-mail/PDF: mrdiscen@discover.com Oct 31 2015 02:29:41     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
22270590    +E-mail/Text: bankruptcy@fcnetwork.com Oct 31 2015 00:51:28     Financial Credit Network,
              1300 W Main St,    Visalia, CA 93291-5825
22270591     E-mail/Text: rev.bankruptcy@illinois.gov Oct 31 2015 00:50:37
              Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph St.,
              Chicago, IL 60606
22761587     E-mail/Text: rev.bankruptcy@illinois.gov Oct 31 2015 00:50:37
              Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
22270593     E-mail/Text: cio.bncmail@irs.gov Oct 31 2015 00:49:58     Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22270592*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
              100 W. Randolph St.,    Chicago, IL 60606)
22270594*     Internal Revenue Service,    Centralized Insolvency Operations,    PO Box 7346,
              Philadelphia, PA 19101-7346
22898049*    +Ronald K Levy,    500 Langer Drive,    Placentia, CA 92870-5128
22270600*    +USAA Savings Bank,    PO Box 47504,    San Antonio, TX 78265-7504
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2015 at the address(es) listed below:
```
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              William D Cherny    on behalf of Debtor David G. Caesar bill@chernylaw.com
                                                                                            TOTAL: 4
```