UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAESAR, DAVID G. | § | Case No. 14-29510 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 883.00 *(Without deducting any secured claims)* | Assets Exempt: 6,800.00 |
| Total Distributions to Claimants: 5,433.13 | Claims Discharged Without Payment: 137,153.25 |
| Total Expenses of Administration: 1,566.87 | |

3) Total gross receipts of $ 7,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 7,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,566.87 | 1,566.87 | 1,566.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 23,338.00 | 19,321.35 | 19,321.35 | 5,433.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,385.77 | 69,767.03 | 69,767.03 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 120,723.77 | $ 90,655.25 | $ 90,655.25 | $ 7,000.00 |

4) This case was originally filed under chapter 7 on 08/12/2014 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2015          By:/s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Ford F-150 Pickup Truck  84,000 miles Locatio | 1129-000 | 3,500.00 |
| 2004 Harley-Davidson FXST Softail  5,500 miles Loc | 1129-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| PETER N METROU | 2200-000 | NA | 66.11 | 66.11 | 66.11 |
| Associated Bank | 2600-000 | NA | 50.76 | 50.76 | 50.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,566.87 | $ 1,566.87 | $ 1,566.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60606 | | 2,374.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60606 | | 1,489.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | 13,361.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | 6,114.00 | NA | NA | 0.00 |
| | Joi D. Caesar n/k/a Joi Cantu;27561 Eastwind Drive;Corona, CA 92883 | | 0.00 | NA | NA | 0.00 |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 762.02 | 762.02 | 762.02 |
| 000004A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 18,559.33 | 18,559.33 | 4,671.11 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 23,338.00 | $ 19,321.35 | $ 19,321.35 | $ 5,433.13 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank 5677 E. La Palma Ave. Anaheim, CA 92807 | | 0.00 | NA | NA | 0.00 |
| | Financial Credit Network 1300 W Main St Visalia, CA 93291 | | 53.00 | NA | NA | 0.00 |
| | USAA Savings Bank PO Box 47504 San Antonio, TX 78265 | | 16,447.00 | NA | NA | 0.00 |
| | USAA Savings Bank PO Box 47504 San Antonio, TX 78265 | | 13,660.00 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | 7,348.00 | 7,511.95 | 7,511.95 | 0.00 |
| 000003 | RONALD K. LEVY | 7100-000 | 59,877.77 | 59,877.77 | 59,877.77 | 0.00 |
| 000004B | INTERNAL REVENUE SERVICE | 7200-000 | NA | 2,139.91 | 2,139.91 | 0.00 |
| 000002B | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 237.40 | 237.40 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 97,385.77 | $ 69,767.03 | $ 69,767.03 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-29510 BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CAESAR, DAVID G. | | Date Filed (f) or Converted (c): | 08/12/14 (f) |
| | | | 341(a) Meeting Date: | 09/10/14 |
| For Period Ending: | 12/09/15 | | Claims Bar Date: | 02/26/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand Location: 213 Foxtail Lane, Yorkville | 20.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account #xxxxx4078 USAA 10750 McDermott F | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account #xxxxx-x997-9 USAA 10750 McDermott | 13.00 | 0.00 | | 0.00 | FA |
| 4. ASUS Laptop Computer, HP Printer, Bed Nightstands, | 300.00 | 0.00 | | 0.00 | FA |
| 5. Music CDs Location: 213 Foxtail Lane, Yorkville IL | 50.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel Location: 213 Foxtail La | 400.00 | 0.00 | | 0.00 | FA |
| 7. Wristwatch Location: 213 Foxtail Lane, Yorkville I | 400.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous hand tools Location: 213 Foxtail Lan | 100.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Ford F-150 Pickup Truck 84,000 miles Locatio | 7,975.00 | Unknown | | 3,500.00 | FA |
| 10. 2004 Harley-Davidson FXST Softail 5,500 miles Loc | 5,925.00 | Unknown | | 3,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $16,683.00 $0.00 $7,000.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Titles to vehicles demanded- investigation into assets continues

Initial Projected Date of Final Report (TFR): 12/01/15    Current Projected Date of Final Report (TFR): 12/01/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-29510 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CAESAR, DAVID G. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5264 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6530 | | |
| For Period Ending: | 12/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/15 | 9 | David G. Caesar<br>213 Foxtrail Ln<br>Yorkville, IL 60560-9182 | 2006 Ford | 1129-000 | 3,500.00 | | 3,500.00 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,490.00 |
| 04/08/15 | 10 | David G. Caesar<br>213 Foxtail LN<br>Yorkville, IL 60560-9182 | 2004 Harley | 1129-000 | 3,500.00 | | 6,990.00 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,980.00 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.38 | 6,969.62 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.03 | 6,959.59 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.35 | 6,949.24 |
| 11/04/15 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,516.11 | 5,433.13 |
| | | | Fees        1,450.00 | 2100-000 | | | |
| | | | Expenses       66.11 | 2200-000 | | | |
| 11/04/15 | 005002 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000002A, Payment 100.00000% | 5800-000 | | 762.02 | 4,671.11 |
| 11/04/15 | 005003 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000004A, Payment 25.16853% | 5800-000 | | 4,671.11 | 0.00 |

|  |  |  | Page Subtotals | | 7,000.00 | 7,000.00 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-29510 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CAESAR, DAVID G. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5264 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6530 | | |
| For Period Ending: | 12/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,000.00 | 7,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,000.00 | 7,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5264 | 7,000.00 | 7,000.00 | 0.00 |
| | 7,000.00 | 7,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*